UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE ALBERTO MACHADO,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>JOHN HENLEY, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:25-cv-00079-MMD-CSD<br><br>ORDER |

　　Jose Alberto Machado submitted a pro se 28 U.S.C. § 2254 petition for writ of habeas corpus and an application to proceed *in forma pauperis*. (ECF Nos. 1, 4, 6.) Based on the current information about Petitioner's financial status, including any additional information he may have provided, the Court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

　　It is therefore ordered that Petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 1) is denied. Petitioner has 30 days from the date this order is entered—no later than May 11, 2025—in which to send the $5.00 filing fee to the Clerk of Court. Failure to pay the filing fee within 30 days may result in the dismissal of this action without prejudice and without further prior notice.

　　DATED THIS 11th Day of April 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE