UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE ALBERTO MACHADO<br><br>                  Petitioner,<br>     v.<br><br>JOHN HENLEY, *et al.*,<br><br>                  Respondents. | Case No. 3:25-cv-00079-MMD-CSD<br><br>ORDER |

    Respondents seek an extension of time to file a response to Jose Alberto Machado's 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 12.) Counsel for Respondents states that her office has requested the state court record but has not yet received it. The Court finds the request is made in good faith and not for the purposes of delay, therefore, good cause exists to grant the extension.

    It is therefore ordered that Respondents' motion for extension of time to file a response to the petition (ECF No. 12) is granted *nunc pro tunc*. The deadline is extended to December 1, 2025.

    DATED THIS 4th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE