UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE ALBERTO MACHADO, | Case No. 3:25-cv-00079-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| JOHN HENLEY, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their response to the second amended petition for writ of habeas corpus. (ECF Nos. 17, 32.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Respondents' unopposed motions for enlargement of time (ECF Nos. 17, 32) are granted *nunc pro tunc*.

DATED THIS 26th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE