UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE ALBERTO MACHADO,<br><br>                    Petitioner,<br>        v.<br><br>JOHN HENLEY, *et al.*,<br><br>                    Respondents. | Case No. 3:25-cv-00079-MMD-CSD<br><br>ORDER |

## I.      SUMMARY

Petitioner Jose Alberto Machado, a *pro se* Nevada prisoner, submitted a Petition for Writ of Habeas Corpus (ECF No. 4) under 28 U.S.C. § 2254. This habeas matter is before the Court on Machado's Motion for Reconsideration (ECF No. 19) and Respondents' Motion to Dismiss (ECF No. 46). For the reasons discussed below, the Court grants Machado's Motion for Reconsideration, appoints counsel, and denies Respondents' Motion to Dismiss without prejudice.

## II.      BACKGROUND

Machado challenges a conviction and sentence imposed by the Eighth Judicial District Court for Clark County. A jury found him guilty of one count of sexual assault. The state district court entered a judgment of conviction and sentenced Machado to life in prison with the possibility of parole after serving ten years. The Nevada Supreme Court affirmed the judgment of conviction on direct appeal.

Machado filed a state habeas petition. The state district court denied his state habeas petition and the Nevada Supreme Court affirmed. Machado dispatched the instant federal habeas petition. (ECF No. 10.) The Court denied his motion for counsel without prejudice. (ECF No. 9.) Machado filed a Motion for Reconsideration of the Court's order denying his request for appointment of counsel. (ECF No. 19.) Respondents filed a Motion

to Dismiss Ground 1 as unexhausted, and Machado did not file an opposition. (ECF No. 46.)

### III.    DISCUSSION

The Court denied Machado's Motion for Counsel without prejudice. (ECF No. 9 ("Order").) Machado filed a motion requesting that the Court reconsider its Order. (ECF No. 19.) The Court finds that appointment of counsel is in the interests of justice taking into account, *inter alia*, the lengthy sentence structure and the complexity of potential claims. In addition, the Court finds that Respondent's Motion to Dismiss would benefit from additional briefing. Given the myriad potential procedural obstacles Machado's situation presents, his request for appointment of counsel is granted. When counsel is appointed to represent a habeas petitioner, leave is granted to file an amended petition as a matter of course. The Court sees no reason to depart from the usual practice of allowing amended petitions under these circumstances. Accordingly, the Court denies Respondents' Motion to Dismiss without prejudice to Respondents filing a renewed motion to dismiss following service of the amended petition and a briefing schedule.

### IV.    CONCLUSION

It is therefore ordered that Machado's Motion for Reconsideration (ECF No. 19) is granted.

It is further ordered that Respondents' Motion to Dismiss (ECF No. 46) is denied without prejudice.

It is further ordered that the Federal Public Defender is provisionally appointed as counsel and will have 30 days to undertake direct representation of Machado or to indicate the office's inability to represent Machado in these proceedings. If the Federal Public Defender is unable to represent Machado, the Court will appoint alternate counsel. The counsel appointed will represent Machado in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw. A deadline for the filing of an amended petition and/or seeking other relief will be set after counsel has entered an appearance. The Court anticipates a deadline of approximately

60 days from entry of the formal order of appointment.

It is further ordered that any deadline established and/or any extension thereof will not signify any implied finding of a basis for tolling during the time period established. Machado at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims.  That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

The Clerk of Court is directed to send a copy of this order to Machado, the Nevada Attorney General, the Federal Public Defender, and the CJA Coordinator for this division.

DATED THIS 26th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE