UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE ALBERTO MACHADO,<br>Petitioner,<br>v.<br>JOHN HENLEY, *et al.*,<br>Respondents. | Case No. 3:25-cv-00079-MMD-CSD<br>ORDER |

Petitioner Jose Alberto Machado seeks an extension of time to file his amended petition for writ of habeas corpus. (ECF No. 52.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 52) is granted. Petitioner has until November 30, 2026, to file his amended petition.

DATED THIS 5th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE